DUANE SPAULDING, an Infant, by KENNETH SPAULDING, His Guardian ad Litem, Respondent, *v.* PHŒBE MINEAH, Appellant.

(Argued March 22, 1934; decided April 17, 1934.)

*William C. Maher* for appellant.

*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.